**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-2726**

———————————

ROBERT F. ZURLA, legally deaf person,

Plaintiff - Appellant,

versus

ERNEST BEATTY, individually and as an officer
with the Horry County Police Department; AL
FANSHAW; JOHN MENTION; CHERYLL M. WATSON,
caseworker with the Horry County Department of
Social Services,

Defendants - Appellees,

and

HORRY COUNTY DEPARTMENT OF SOCIAL SERVICES;
CITY OF CONWAY,

Defendants.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Florence. William B. Traxler, Jr., District
Judge. (CA-93-1374-4-21JI)

———————————

Submitted: January 18, 1996      Decided: January 31, 1996

———————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert F. Zurla, Appellant Pro Se.  James Wofford Peterson, Jr., CLARK & JOHNSON, P.A., Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Zurla v. Beatty</u>, No. CA-93-1374-4-21JI (D.S.C. Aug. 23, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>